**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 07a0592n.06
Filed: August 15, 2007

**No. 06-5925**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | ON APPEAL FROM THE UNITED |
| v. | ) | STATES DISTRICT COURT FOR THE |
| | ) | EASTERN DISTRICT OF TENNESSEE |
| WILLIE JACK, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

Before: KENNEDY and COOK, Circuit Judges; and ALDRICH, District Judge.[*]

PER CURIAM. Having reviewed the parties' briefs and joint appendix, the court affirms the judgment of the district court as the record fails to demonstrate unreasonableness in Willie Jack's sentence. We note the district court's: sufficient review of the § 3553(a) factors relevant to a revocation of supervised release pursuant to § 3583(e); correct application of the Guidelines (Jack's misunderstanding of U.S.S.G. § 7B1.4 Application Notes, n. 3 notwithstanding); and the absence of improper judicial fact-finding, as confirmed by Jack's revocation-hearing admission to violating certain conditions of supervised release.

Judgment affirmed.

---

[*]The Honorable Ann Aldrich, United States District Judge for the Northern District of Ohio, sitting by designation.